IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LAJUANA HOOD-NEALEY,<br><br>Plaintiff,<br><br>v.<br><br>ACCENTCARE, INC., AND, GUARDIAN HOME CARE, LLC,<br><br>Defendants. | Civil Action File<br>No. 1:15-cv-04285-AT |

**ORDER APPROVING JOINT MOTION TO APPROVE SETTLEMENT**

This matter is before the Court on the Parties' Joint Motion to Approve Settlement. Having read and considered the Parties' Motion, the Court finds that the proposed settlement agreement is fair and reasonable resolution of Plaintiff's FLSA claims.

It is hereby ORDERED that the settlement of Plaintiff's claims is APPROVED and Plaintiff's claims are DISMISSEDWITH PREJUDICE.

SO ORDERED, this 1st day of March, 2016.

JUDGE AMY TOTENBERG
UNITED STATES DISTRICT JUDGE